# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 245 |
| | : | |
| REAPPOINTMENT TO THE | : | DISCIPLINARY RULES DOCKET |
| PENNSYLVANIA INTEREST ON | : | |
| LAWYERS TRUST ACCOUNT BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2024, Kenneth M. Argentieri, Esquire, Allegheny County, is hereby reappointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2024.